FRANCIS O'BRIEN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. DADE BROS., INC., DEFENDANT-PETITIONER.

*Mr. Thomas J. Brogan* for the petitioner.

*Mr. Wallace P. Berkowitz* and *Mr. Sherwin D. Lester* for the respondents.

January 31, 1955.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD A. HOPPS, DEFENDANT-PETITIONER.

*Mr. J. Mortimer Rubenstein* for the petitioner.

*Mr. Donald G. Collester* and *Mr. J. Bernard Saltzman* for the respondent.

January 31, 1955.   Denied.